UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>McQUILLEN PLACE COMPANY, LLC,<br><br>    Debtor<br><br>———<br><br>CORNICE & ROSE INTERNATIONAL, INC.,<br><br>    Appellant,<br><br>v.<br><br>CHARLES L. SMITH, et al.,<br><br>    Appellees. | District Court Case #6:20cv2040<br><br>Chapter 7 Bankruptcy<br>Case No. 19-00507<br><br><br>MOTION AND REQUEST FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF |

COMES NOW the undersigned attorney and submits this Motion and Request for Extension of Time to File Appellate Brief pursuant to Local Rule 7(d)(2), and states in support as follows:

1. The last requested deadline for Appellant's Appellate brief was August 31st, 2020.

2. It became apparent in the evening of August 31st, 2020 that Appellant would not ready to file the brief until September 1, 2020.

3. Because of the hour Appellant's counsel did not believe contacting counsel for Appellees Four Keys, LLC to ask counsel for a one day extension was practical and intended to do so the following morning on September 1, 2020.

4. Because Appellee Four Keys, LLC already filed a Motion to Dismiss there is no reason to ask for consent.

5. Appellant requests an extension until September 1, 2020 to file their Appellant Brief.

6. Moreover, Appellant will file a Resistance to Four Keys, LLC's Motion to Dismiss.

WHEREFORE, Appellant respectfully prays that this Court grant an extension of the deadline to file its appellate brief until Tuesday September 1, 2020.

TOM RILEY LAW FIRM, P.L.C.

By: _____
PETER C. RILEY           AT0006611
TOM RILEY LAW FIRM, P.L.C.
4040 First Avenue NE
P.O. Box 998
Cedar Rapids, IA 52406-0998
Ph.: (319) 363-4040
Fax: (319) 363-9789
E-mail: peterr@trlf.com
ATTORNEY FOR CORNICE & ROSE
INTERNATIONAL, LLC

### Certificate of Service

I hereby certify that on this ___1¢___ day of September, 2020, a true and correct copy of the foregoing was served on attorneys of record via the Court's electronic system:

By: _____